T.C. Memo. 2011-244

UNITED STATES TAX COURT

ESTATE OF LOUISE PAXTON GALLAGHER, DECEASED, F. GORDON SPOOR,
PERSONAL REPRESENTATIVE, Petitioner v.
COMMISSIONER OF INTERNAL REVENUE, Respondent[*]

Docket No. 16853-08.          Filed October 11, 2011.

James R. Spoor and Jon M. Wilson, for petitioner.

Stephen R. Takeuchi and Robert W. Dillard, for respondent.

SUPPLEMENTAL MEMORANDUM OPINION

HALPERN, Judge:  Our Memorandum Findings of Fact and Opinion
in this case was reported as Estate of Gallagher v. Commissioner,
T.C. Memo. 2011-148.  We issue this supplemental opinion to

[*]This opinion supplements our previously filed Memorandum
Opinion, Estate of Gallagher v. Commissioner, T.C. Memo. 2011-
148.

correct an error in our computation of the value of 3,970 membership interests (units) in Paxton Media Group, LLC, a Kentucky limited liability company included in Louise Paxton Gallagher's gross estate.

In the appendix to our original report, we calculated the value of the 3,970 units to be $32,601,640 by using a discounted cashflow analysis. We computed the total present value of expected cashflows for 5 years and added to that sum the present value of a reversion, which we assumed to be received at the end of the fifth year. In computing the present value of the reversion, we erred in using the present value factor "$(1 + 0.1)^6$". To determine the present value of the reversion to be received at the end of the fifth year, the value of the exponent in the present value factor should have been 5, not 6. We have attached hereto a new appendix in which we have revised our computation of the value of the 3,970 units, using the corrected present value factor and determining a value for the units of $35,761,760 (an increase of $3,160,120), which we find to be the value of the 3,970 units (the shares) as of the valuation date.

Decision will be entered
under Rule 155, Tax Court Rules
of Practice and Procedure.

APPENDIX

Valuation of 3,970 Units of Paxton Media Group, LLC as of July 5, 2004

| Projected Items | LTM* ended June 27, 2004 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Revenue | $163,602,288 | $172,514,890 | $175,102,613 | $176,853,640 | $178,622,176 | $180,408,398 |
| Operating income (@ 36.4% op. margin) | | 62,795,420 | 63,737,351 | 64,374,725 | 65,018,472 | 65,668,657 |
| Other income (expense) (@ 0.1% of revenue) | | 172,515 | 175,103 | 176,854 | 178,622 | 180,408 |
| Adjusted operating income | | 62,967,935 | 63,912,454 | 64,551,579 | 65,197,094 | 65,849,065 |
| Cashflow adjustments | | | | | | |
| + Depreciation (3.1% of revenue) | | 5,347,962 | 5,428,181 | 5,482,463 | 5,537,288 | 5,592,660 |
| (-) Working capital additions (-2.5% of revenue) | | 222,815 | 64,693 | 43,776 | 44,213 | 44,656 |
| (-) Capital expenditures (2.8% of revenue) | | (4,830,417) | (4,902,873) | (4,951,902) | (5,001,421) | (5,051,435) |
| Yearend cashflow | | 63,708,295 | 64,502,455 | 65,125,916 | 65,777,174 | 66,434,946 |
| Discount rate (WACC) | | 10% | 10% | 10% | 10% | 10% |
| Present value interest factor $(1 / (1.1)^n)$ | | 0.9091 | 0.8265 | 0.7513 | 0.6830 | 0.6209 |
| Present value of cashflows | | 57,917,211 | 53,311,279 | 48,929,101 | 44,925,810 | 41,249,458 |
| Total present value of cashflows (year 1 - year 5) | $246,332,859 | | | | | |
| Present value of reversion: $66{,}434{,}946 \, (1.01 / (0.1 - 0.01)) / ((1 + 0.1)^5)$ | 462,981,425 | | | | | |
| Total present value of all future cashflows | 709,314,284 | | | | | |
| Long-term debt | (243,602,413) | | | | | |
| Enterprise value of PMG (w/o discount) | 465,711,871 | | | | | |
| Value less in-the-money value of options[1] | 448,290,271 | | | | | |
| Value with 23% minority discount | 345,183,509 | | | | | |
| Value with 31% lack of marketability discount | 238,176,621 | | | | | |
| Value of each unit | 9,008 | | | | | |
| Value of 3,970 units | 35,761,760 | | | | | |

* Last 12 months

[1]($9,008-$2,786) x $2,800 = $17,421,600